# RESCRIPT OPINIONS.

Pursuant to the requirements of G. L. c. 211, § 9, the Reporter publishes the following:

STEPHEN A. MAHONEY *vs.* WILLIAM J. HEEBNER & another. November 1, 1961. Final decree affirmed with costs of appeal. The master's conclusion that the plaintiff and his predecessors in title, by continuous use for more than twenty years, have acquired a right by prescription to use a driveway which passes over the defendants' land was consistent with and justified by his other findings. Seasonal absence of the plaintiff and his predecessors from their summer residence did not require a finding that the adverse use was not continuous. *Kershaw* v. *Zecchini,* 342 Mass. 318, 320–321, and cases cited. Restatement: Property, § 459 (1), comment b. Anno. 24 A. L. R. 2d 632.

*Edward L. O'Brien & William H. Welch,* for the defendants, submitted a brief.

*Henry A. Moran, Jr.,* for the plaintiff.

JOSEPH L. PORESKY, special administrator, *vs.* HAZEL SAMPSON. November 2, 1961. Decree affirmed. The judge of the Land Court, on all the evidence, which is not before us, found that the mortgage of real estate held by the defendant was given for good and valid consideration; that nothing has been paid thereon; and that the (unacknowledged) purported discharge was never legally delivered. The judge ruled that the mortgage is valid and outstanding. There are no inconsistent findings. We disregard the extensive statements of testimony included in the "Findings, Rulings and Order for Decree." *Skerrett* v. *Hartnett,* 322 Mass. 452, 454. *Bacon* v. *Kenneson,* 290 Mass. 14, 15. *Band* v. *Davis,* 325 Mass. 18, 21–22. We note, however, that the statement includes testimony, which, although contradicted, was found credible by the judge and supports his findings.

*Joseph L. Poresky,* pro se.

*Harry A. Simon,* for the defendant.